UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD DONALD MCCAMERON,

    **Plaintiff,**

v.                                              Case No: 8:14-cv-3038-T-27TGW

CAROLYN COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY,

    **Defendant.**
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the Magistrate Judge recommending that this case be dismissed for failure to timely effect service of process (Dkt. 8).[1] Plaintiff did not file objections and the time in which to do so has passed. Upon consideration, the Report and Recommendation is adopted as the opinion of the Court.

A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. Appx. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

---

[1] On May 21, 2015, Plaintiff was ordered to show cause regarding his failure to effect service on the defendant and was warned that noncompliance may result in dismissal of his case. Plaintiff did not respond.

Accordingly,

1. The Report and Recommendation (Dkt. 8) is **APPROVED** and **ADOPTED** as the opinion of the Court for all purposes, including for appellate review.

2. This case is **DISMISSED**.

3. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 24th day of August, 2015.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Pro se Plaintiff